UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-CV-00814-DJH-LLK

JEFF WELLEMEYER                                                                                              PLAINTIFF

v.

TRANS UNION, LLC, *et al.*                                                                              DEFENDANT

## OPINION & ORDER

Judge David J. Hale referred this matter to Magistrate Judge Lanny King for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. [DN 4].

On March 10, 2021, without leave of court, Plaintiff filed their Motion for Extension of Time to Complete Discovery. [DN 30]. And on March 11, 2021, Plaintiff filed their Notice of withdrawal of that Motion. [DN 31].

Accordingly, Plaintiff's Motion for Extension of Time to Complete Discovery, [DN 30], is hereby **DENIED** as moot.

Moreover, parties are reminded that before filing any discovery motions, they shall contact the Magistrate Judge to schedule a telephonic conference concerning the discovery dispute counsel have failed to resolve. Counsel shall email Chambers at Judge_King_Chambers@kywd.uscourts.gov to identify the dispute and schedule the conference, copying all counsel of record.

**IT IS SO ORDERED**
March 15, 2021

Lanny King, Magistrate Judge
United States District Court

c:    Counsel

1